ALBANY,
October, 1823.

Legg
v.
Stillman

to exchange his mare for the defendant's horse. The plain-
tiff received a delivery of the horse, and the defendant
agreed to take the mare from the plaintiff's residence, the
next morning, which was not done; but she had remained
with the plaintiff for a time, and had been kept by him.
Verdict and judgment for the plaintiff.

*N. Evertson,* for the plaintiff in error.

*A. Dimmick,* contra.

---

LEGG *against* STILLMAN and others.

The return of
a summons in
a justice's
court, *person-
ally served,*
and stating the
time when, is
sufficient.

ON certiorari to a Justice's Court. The suit was by
summons in the Court below, by Stillman and others against
Legg, and the constable returned the summons thus : "Per-
sonally served, May 14th, 1822. Fees $0 13. Thomas
McKnight, const." The return was objected to as insuffi-
cient but the objection was overruled by the Justice.

*H. Stephens,* for the plaintiff in error.

*N. Dayton,* contra.

*Curia.* In *Wheeler* v. *Lampman,* (14 John. 481,) it was
decided, that the constable must state the manner and time
of the service, and both are required by the statute. (1 R.
L. 388, s. 2.) The time is material, that it may appear
whether the service was made six days before the return
day ; but there is no dispute about the sufficiency of the re-
turn under consideration, in this respect. The manner is

state very briefly—" personally." This mode is, we think, justified by the act, which, in the section cited, recognizes a summons served by reading it to the defendant, &c., as *personally served.*

Judgment affirmed.